IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ESAHUT MARTINEZ CARRALES, | | |
| Petitioner, | | **4:26CV3066** |
| vs. | | |
| PAMELA BONDI, in their official capacity as Attorney General; KRISTI NOEM, in their official capacity as Secretary of U.S. Department of Homeland Security; TODD M. LYONS, in their official capacity as Acting Director of Immigration and Customs Enforcement; DAVID EASTERWOOD, in their official capacity as Acting St. Paul Field Office Director for Enforcement and Removal Operations, Immigration and Customs Enforcement; and CAROLYN SOMMER, in their official capacity as Acting Warden of McCook Detention Center; | | **ORDER** |
| Respondents. | | |

This matter is before the Court on its own motion. Petitioner Esahut Martinez Carrales noted this case as related to another case in this court, 4:26-cv-03055. *See* NEGenR 1.4(a)(4)(C)(iii) ("Open or closed civil cases are related when they involve some or all of the same issues of fact, arise out of the same transaction, or involve the validity or infringement of the same patent.").

Upon review of the petition, the Court questions whether this case and 4:26-cv-03055 "involve some or all of the same issues of fact" or "arise out of the same transaction." Accordingly,

**IT IS ORDERED:**

1. Petitioner Esahut Martinez Carrales shall show cause why this case is related to 4:26-cv-03055 on or before March 2, 2026.

Dated this 26th day of February, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge