IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ESAHUT MARTINEZ CARRALES,

Petitioner,

v.

PAMELA BONDI, in their official capacity as Attorney General, KRISTI NOEM, in their individual capacity as Secretary of U.S. Department of Homeland Security, TODD M. LYONS, in their official capacity as Acting Director of Immigration and Customs Enforcement, DAVID EASTERWOOD, in their official capacity as Acting St. Paul Field Office Director for Enforcement and Removal Operations, Immigration and Customs Enforcement, CAROLYN SOMMER, in their official capacity as Acting Warden of McCook Detention center,

Respondents.

**4:26CV3066**

**REASSIGNMENT ORDER**

This matter is before me for reassignment pursuant to Nebraska General Rule 1.4(a)(4)(B)(ii). On March 4, 2026, the judge assigned to this case, District Judge Susan M. Bazis, determined (Filing No. 6) that it is not related to Case No. 4:26CV3055 as petitioner Esahut Martinez Carrales suggested when he filed his petition (Filing No. 1). *See* NEGenR 1.4(a)(4)(C)(iii) (defining "related" cases). She recommends this case be reassigned. I agree.

Therefore, this case is reassigned to Senior District Judge John M. Gerrard for disposition and remains assigned to Magistrate Michael D. Nelson for judicial supervision.

IT IS SO ORDERED.

Dated this 4th day of March 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge