IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ESAHUT MARTINEZ CARRALES,

Petitioner,

vs.

PAMELA BONDI, in their official capacity as Attorney General, et al.,

Respondents.

4:26-CV-3066

JUDGMENT

For the reasons stated in the accompanying memorandum and order, judgment is entered in favor of the petitioner. The government shall provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and the corresponding regulations on or before March 12, 2026, or else the petitioner must be immediately released from detention.

Dated this 5th day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge